1  Mark S. Askanas (State Bar No. 122745)
   Rebecca Benhuri (State Bar No. 209443)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   askanasm@jacksonlewis.com
5  benhurir@jacksonlewis.com

6

7  Attorneys for Defendant
   TOYS "R" US – DELAWARE, INC.
   (erroneously sued herein as "TOYS R US")
8
                          UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11
   PAUL KIRK,                              Case No. **1:09:cv-00446-LJO-GSA**
12
              Plaintiff,                   **STIPULATION AND ORDER**
13                                         **REGARDING DISCOVERY CUTOFF**
       v.
14
   TOYS R US and DOES 1-20, inclusive      Complaint Filed:   January 8, 2009
15                                         Trial Date:        July 27, 2010
              Defendants.
16

17

18         Plaintiff PAUL KIRK ("Plaintiff") and Defendant TOYS "R" US – DELAWARE, INC.

19  (erroneously sued herein as "TOYS 'R' US", hereinafter "Defendant") (collectively, the

20  "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

21         1.     The Court's May 12, 2009 Scheduling Order in the above-entitled action sets

22  December 30, 2009 as the non-expert discovery cutoff.

23         2.     Defendant began but did not complete Plaintiff's deposition on October 5, 2009.

24  Due to Plaintiff's unavailability on dates proposed by Defendant's counsel for the continuation of

25  his deposition, the Parties agree that Plaintiff's continued deposition will take place on January

26  28, 2010, after the non-expert discovery cutoff.

27         3.     Defendant subpoenaed third-party witness Cathy Bishop for deposition on

28

December 29, 2009.  However, on or about December 10, 2009, Plaintiff's counsel indicated to Defendant's counsel that he is out of the country the last week of December and therefore unavailable on that date.  The Parties agree to reschedule the deposition of Cathy Bishop for a mutually convenient date after the non-expert discovery cutoff.

4.   Accordingly, Parties agree that the December 30, 2009 discovery cutoff shall remain in effect, except as to the following:  (1) the continued deposition of Plaintiff shall take place on January 28, 2010, and (2) the deposition of Cathy Bishop will be scheduled for a date mutually convenient to the Parties.

IT IS SO STIPULATED.

Dated:  December 14, 2009                     JACKSON LEWIS LLP


By:       /s/ Mark S. Askanas
Mark S. Askanas
Rebecca Benhuri
Attorneys for Defendant TOYS "R" US – DELAWARE, INC.

Dated:  December 14, 2009                     BARSOTTI & BAKER


By:       /s/ K. Poncho Baker
K. Poncho Baker
Attorney for Plaintiff
PAUL KIRK

**ORDER**

FOR GOOD CAUSE APPEARING, the above stipulation between the Parties shall become the order of the Court.

IT IS SO ORDERED.

**Date:   December 15, 2009**            **/s/ Gary S. Austin**
U.S. Magistrate Judge