1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                             EASTERN DISTRICT OF CALIFORNIA

9
PAUL KIRK,                              )          1:09-cv-446 GSA
10                                      )
                        Plaintiff,      )
11                                      )
                                        )          ORDER DISMISSING ACTION
12                                      )
            vs.                         )
13                                      )
TOYS R US and DOES                      )
14  1-20, inclusive,                    )
                                        )
15                      Defendants.     )
    _____)
16
            Pursuant to the stipulation of dismissal filed by the parites on April 15, 2010, this
17
    action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of
18
    Civil Procedure.  The Clerk of the Court is directed to close this case.
19
            IT IS SO ORDERED.
20
        **Dated:    April 16, 2010**          _____/s/ **Gary S. Austin**_____
21                                               UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28                                              1